DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1140

[July 23, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 56-2001-CF-003209 A.

Cheryl White, Florida City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005); *Padgett v. State*, No. 3D25-0349, 2025 WL 1172840, at *1 (Fla. 3d DCA Apr. 23, 2025).

GROSS, MAY and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***